UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY PEREZ,<br><br>            Plaintiff,<br><br>            v.<br><br>ORANGE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>            Defendants. | No. 8:22-cv-02229-KK-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Verified Complaint (Dkt. 1) filed by Anthony Perez ("Plaintiff"), the Motion for Summary Judgment (Dkt. 56, "Motion") and supporting documentation filed by the only named defendants, the Orange County Sheriff's Department and the County of Orange ("Defendants"), the Report and Recommendation of the assigned Magistrate Judge (Dkt. 66, "Report"), Plaintiff's Objection to the Report (Dkt. 69) and Defendants' Reply to Plaintiff's Objection (Dkt. 70).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

Therefore, IT IS HEREBY ORDERED that:

1.     The Motion (Dkt. 56) is GRANTED as to Plaintiff's civil rights claims (Claims Two, Three, and Four) with prejudice and is GRANTED as to Plaintiff's remaining state law claims (Claims One, Five, Six, Seven) without prejudice as the Court declines to exercise supplemental jurisdiction over those state law claims;

2.     All claims asserted against DOES 1 through 50 are dismissed without prejudice; and

3.     Judgment shall be entered dismissing this action accordingly.

Dated:   July 16, 2024
_____

_____
KENLY KIYA KATO
United States District Judge

2