JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY PEREZ, | No. 8:22-cv-02229-KK-JDE |
| Plaintiff, | |
| v. | JUDGMENT |
| ORANGE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing by his Complaint, with all claims dismissed, with Claims Two, Three, and Four against the County of Orange and the Orange County Sheriff's Department dismissed with prejudice and all other claims dismissed without with prejudice.

Dated: ___July 16, 2024___

_____
KENLY KIYA KATO
United States District Judge